Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.  Not voting: CARDOZO, J.

---

THOMAS E. MOORE, Appellant, *v.* VAN BEUREN AND NEW YORK BILL POSTING COMPANY, Respondent.

*Negligence — proximate cause — destruction of property on land from fire communicated from one negligently started several lots away.*

*Moore* v. *Van Beuren & N. Y. Bill Posting Co.,* 208 App. Div. 352, affirmed.

(Argued May 13, 1925; decided June 9, 1925.)

APPEAL from a judgment, entered May 22, 1924, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.  The action was to recover for the destruction of property upon plaintiff's land by fire alleged to have been communicated to such property from one negligently started by defendant's employees. It appeared that between the plaintiff's lot and the point where it is claimed the fire was started there intervened several other lots owned by different people and a street.  The Appellate Division held that defendant was not liable for the injury to plaintiff's property, the origin of the fire being too remote.

*Mark Goldberg* and *Louis Kunen* for appellant.

*George L. Hubbell, Jr.,* and *Daniel S. Murphy* for respondent.

Judgment affirmed, with costs, on opinion of MERRELL, J., below.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN and ANDREWS, JJ.  Dissenting: CARDOZO, CRANE and LEHMAN, JJ.